UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-4692

STEVEN McLAURIN,
                           Appellant

v.

DAVID LARKINS

On Appeal from the United States District Court
for the Western District of Pennsylvania
D.C. Civil Action No. 99-cv-00177E
(Honorable Sean J. McLaughlin)

Argued September 11, 2006

Before:  SCIRICA, *Chief Judge*, SLOVITER and BARRY, *Circuit Judges*

## JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued by counsel on September 11, 2006. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the appeal of the order of the District Court entered December 14, 2004, be, and the same is hereby dismissed at moot. Costs taxed against appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 10, 2006

**Certified as a true copy and issued in lieu
of a formal mandate on November 2, 2006**

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**